DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eileen    Gonzalez,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00398-SKO (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from January 14, 2022 to March 15, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  Counsel for the Plaintiff is currently in Houston, Texas due

1   to a family emergency involving Counsel's father who is gravely ill with

2   Leukemia.  (See Declaration by Dolly M. Trompeter).  Counsel for the Plaintiff is

3   a principal caregiver. Additionally, Counsel has limited access to her computer and

4   will require additional time to brief this matter upon her return to California.

5         Defendant does not oppose the requested extension.  Counsel apologizes to

6   the Defendant and Court for any inconvenience this may cause.

7

8                          Respectfully submitted,

9   Dated: January 5, 2022      PENA & BROMBERG, ATTORNEYS AT LAW

10

11              By: */s/ Dolly M. Trompeter*

12              DOLLY M. TROMPETER

13              Attorneys for Plaintiff

14

15   Dated: January 5, 2022      PHILLIP A. TALBERT

16              United States Attorney

17              PETER K. THOMPSON

18              Acting Regional Chief Counsel, Region IX

19              Social Security Administration

20

21              By:  **/s/ Sarah E. Preston**

22              Sarah E. Preston

23              Special Assistant United States Attorney

24              Attorneys for Defendant

25              (*As authorized by email on January 5, 2022)

26

27

28

                                       2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 17), and for good cause appearing (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including March 15, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 6, 2022**                  _/s/ Sheila K. Oberto_
                                        UNITED STATES MAGISTRATE JUDGE