PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
    Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| EILEEN GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00398-SKO<br><br>STIPULATION TO REMAND AND ORDER<br><br>(Doc. 20) |

    IT IS STIPULATED by and between Eileen Gonzalez (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021, and should be substituted, therefore, for Andrew Saul as the defendant in this suit. Fed. R. Civ. P. 25(d). No further action need be taken to continue this suit. 42 U.S.C. § 405(g).

Stip. to Remand; Order 1:21-cv-00398-SKO

evidence, including evidence related to Plaintiff's intellectual disorder.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

      Respectfully submitted this 30th day of March, 2022.

Dated:  March 31, 2022       */s/ Jonathan O. Peña*
      JONATHAN O. PEÑA
      Attorney for Plaintiff
      *Authorized via e-mail on March 30, 2022

Dated:  March 31, 2022       PHILLIP A. TALBERT
      United States Attorney
      LISA A. THOMAS
      Regional Chief Counsel, Region VII
      Social Security Administration

      By:  */s/ Sarah E. Preston*
      SARAH E. PRESTON
      Special Assistant United States Attorney

      Attorneys for Defendant

## ORDER

Based upon the parties' foregoing Stipulation to Remand (Doc. 20), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

      The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

1  Dated:    **March 31, 2022**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28